UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

          v.                                Case No.  06-cr-193-01-SM

<u>John Gregory Skorich</u>

<u>O R D E R</u>

Defendant Skorich's motion to continue the final pretrial conference and trial is granted (document 12).   Trial has been rescheduled for the April 2007 trial period.  Defendant Skorich shall file a waiver of speedy trial rights not later than February 8, 2007.  Upon filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**  March  21, 2007 at 4:00 p.m.

**Jury Selection**:  April 3, 2007 at 9:30 a.m.

SO ORDERED.

/s/ Steven J. McAuliffe
Steven J. McAuliffe
Chief Judge

January 31, 2007

cc:   Jonathan Saxe, Esq.
      Arnold Huftalen, AUSA
      US Probation
      US Marshal